# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BOYD MATHEWS, KELLY MATHEWS,**

**Plaintiffs,**

**-vs-**                                    **Case No.  6:04-cv-1346-Orl-28JGG**

**AUTO-OWNERS INSURANCE
COMPANY,  DANIEL ROBERT LATIMER,
EDWARD G. STUCKRATH,  RICHARD A.
MILES,  DAVID C. ALLSOPP,**

**Defendants.**

_____

## ORDER

This cause is before the Court on the Motion to Dismiss Complaint filed by Richard

A. Miles, David C. Allsopp, Daniel Robert Latimer and Edward G. Stuckrath (Doc. 32).

Plaintiffs filed a Motion to Extend Time (Doc. 36), seeking a fifteen (15) day extension of time

from April 4, 2005 to file a memorandum in opposition to Defendants' Motion to Dismiss

Complaint.  The Court granted Plaintiffs' motion for a fifteen day extension (Doc. 37).

However, Plaintiffs have failed to timely file a response in accordance with the extension

granted. Accordingly, Defendants' Motion to Dismiss is **GRANTED**.  Plaintiffs' Complaint is

dismissed without prejudice as to Defendants Richard A. Miles, David C. Allsopp, Daniel

Robert Latimer and Edward G. Stuckrath.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 20th day of April, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party